FILED

04/08/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0288

# IN THE SUPREME COURT FOR THE STATE OF MONTANA

## No. DA 19-0288

CLIFFTON WELLS,

    Defendant And Appellant,

v.

STATE OF MONTANA,

      Plaintiff & Appellee.

## ORDER

Upon consideration of Appellant's Unopposed Motion For Extension Of Time, and with good cause shown, Appellant is hereby granted an extension of time until May 15, 2020 in which to prepare, file and serve Appellant's opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 8 2020